UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SHANNON D. STRONG,<br><br>  Plaintiff,<br><br>vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendant. | Case No.6:21-cv-01376-CL<br><br><br><br>ORDER |

After considering Plaintiff's Motion for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b), Plaintiff's Motion is hereby granted in the sum of 7,515.88, as full settlement of all claims for attorney fees pursuant to 42 U.S.C. § 406(b). Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable in accordance with agency policy to Plaintiff's counsel, John E. Haapala, Jr., less an administrative assessment pursuant to 42 U.S.C. §406(d). There are no other costs.

DATED this 21 day of November, 2023.

MARK D. CLARKE
United States Magistrate Judge

Page 1 - ORDER